## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-02959-PAB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: January 11, 2010** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| TODD E. SCHOLL, et al. | Francis V. Cristiano |
| **Plaintiff(s),** | |
| v. | |
| DHRUV B. PATEDER, M.D., | Michelle L. Harden |
| **Defendant(s).** | |

### COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:  MOTION HEARING**
**Court in Session:  10:02 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the court regarding Plaintiff's Motion for Leave to Endorse Independent Medical Examiner and Medical/Life Care Planner as Additional Retained Experts [Doc. No. 31, filed 12/1/2010].

Counsel provides background and basis for the dispute.

| | |
|---|---|
| **It is ORDERED:** | Plaintiff's Motion for Leave to Endorse Independent Medical Examiner and Medical/Life Care Planner as Additional Retained Experts [Doc. No. 31, filed 12/1/2010] is **GRANTED** for the reasons set forth on the record. |
| **It is ORDERED:** | The Court extends the rebuttal expert deadline to **MARCH 1, 2011.** |

HEARING CONCLUDED.

**Court in recess: 10:34 a.m.**
Total In-court Time: 00:32

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.