IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02959-PAB-KLM

TODD E. SCHOLL, AND
CARLA SCHOLL,

    Plaintiffs,

v.

DHRUV B. PATEDER, M.D.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Withdrawal of [Oral] Motion for Protective Oder RE[:] Expert Witness Charges and Unopposed Motion to Vacate Briefing Schedule** [Docket No. 49; Filed May 3, 2011] (the "Motion"). On April 28, 2011, the Court set a schedule for the parties to submit briefs related to a dispute regarding the fee being charged by Defendant's expert witness [Docket No. 48]. Pursuant to the Motion, Plaintiff informs the Court that after review of the relevant case law, Plaintiff withdraws its objection to the expert witness fee. Accordingly

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** The briefing deadlines set forth in the Court's prior Order [#48] are **vacated**.

    IT IS FURTHER **ORDERED** that Plaintiff's oral Motion for Protective Order regarding Defendant's expert witness fee is **DENIED as moot.**

    Dated: May 3, 2011