IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02959-PAB-KLM

TODD E. SCHOLL, AND
CARLA SCHOLL,

     Plaintiffs,

v.

DHRUV B. PATEDER, M.D.,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiffs' Motion for Leave to Allow Testimony by Dr. Witt RE[:]  Probable Injuries Attributable to Screw Misplacement by Dr. Pateder** [Docket No. 52; Filed May 4, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  The Motion, which involves discovery matters, does not comply with the Court's procedures for resolving discovery disputes.  *See, e.g.*, *Order* [#6] at 2.  Furthermore, the Motion may be unnecessary given Defendant's pending motion to strike the expert whose testimony is the subject of the present Motion [Docket No. 55].  To the extent that Plaintiffs wish to pursue the matter, they shall arrange a conference call with opposing counsel and contact the Court on a single line at **(303) 335-2770** to participate in a hearing.  The parties should be fully prepared to address the issue when they call the Court.

     Dated:  May 9, 2011