IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02959-PAB-KLM

TODD E. SCHOLL, AND
CARLA SCHOLL,

    Plaintiffs,

v.

DHRUV B. PATEDER, M.D.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 53; Filed May 4, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date, with interlineations.

Dated: May 9, 2011