IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02959-PAB-KLM

TODD E. SCHOLL and
CARLA SCHOLL,

    Plaintiffs,

v.

DHRUV B. PATEDER, M.D,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Stipulated Motion for Dismissal [Docket No. 109]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion for Dismissal [Docket No. 109] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the trial preparation conference set for September 14, 2012 at 1:30 p.m. and the trial set for October 1, 2012 at 8:00 a.m. are vacated.

DATED September 11, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge